**Order entered September 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00992-CV

### IN RE LOUISE DAVIS, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13843**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/     DAVID L. BRIDGES
        JUSTICE